# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LISA MULLAN,** | ) CASE NO. 1:16CV2989 |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) **ORDER OF REMAND** |
| **PENSKE AUTOMOTIVE GROUP, INC., et al.,** | ) |
| Defendants. | ) |

**CHRISTOPHER A. BOYKO, J.**:

On August 17, 2017, Plaintiff filed her Amended Complaint (ECF DKT #14) adding two Ohio Defendants, Honda of Mentor and PAG Mentor A1, Inc. Pursuant to this Court's Opinion and Order of August 11, 2017 (ECF DKT #13) and because there is no longer complete diversity between Plaintiff and all Defendants, the above-captioned case is remanded to the Lake County Court of Common Pleas on the basis of lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

                                                   s/ Christopher A. Boyko
                                                   **CHRISTOPHER A. BOYKO**
                                                   **United States District Judge**

**Dated: August 28, 2017**